IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHANDLER & NEWVILLE, an Oregon
corporation,

        Plaintiff,        No.  03:13-cv-02014-ST

    v.

QUALITY LOAN SERVICE        ORDER
CORPORATION OF WASHINGTON,
a Washington corporation; BANK OF
AMERICA, N.A., a national
association,

        Defendants.

HERNANDEZ, District Judge:

    Magistrate Judge Stewart issued a Findings and Recommendation (#36) on April 18, 2014, in which she recommends that this Court grant Defendants' motions to dismiss and dismiss the Complaint with prejudice. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v.</u>

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [36]. Accordingly, Defendants' motions to dismiss [11, 15] are granted and the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3 day of June, 2014.

*[signature: Marco Hernandez]*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER